IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN KURKE, | Civil Action No.: 2:07-cv-00698 |
| Plaintiff, | |
| vs. | The Honorable Donetta W. Ambrose |
| | Chief Judge of the United States District |
| STATE FARM INSURANCE | Court for the Western District of |
| COMPANY, | Pennsylvania |
| Defendant. | |

**ORDER OF COURT**

AND NOW, to wit, this 25th day of June, 2007, pursuant to the Stipulation of the parties, it is hereby ordered that:

1. Plaintiff shall irrevocably remit any and all damages awarded in excess of $75,000.00.

2. This action is hereby remanded to the Court of Common Pleas of Allegheny County for further proceedings. *This case is closed.*

3. This Stipulation and Order shall be admissible as evidence in the Court of Common Pleas of Allegheny County for the purpose of molding a verdict to comply with the terms set forth in this Stipulation and Order.

BY THE COURT,

_Donetta W. Ambrose_, J.